AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Jamaile L. Huey<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     3:21-mj-00005<br>)<br>)<br>) |

**FILED**
**JAN 11 2021**
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    January 8, 2021    in the county of    Cabell    in the
   Southern    District of    West Virginia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) & 924(a)(2) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sean McNees, Special Agent ATF
*Printed name and title*

Sworn to before me and signed by reliable electronic means.

Date: January 11, 2021

_____
*Judge's signature*

City and state:    Huntington, West Virginia      Cheryl A. Eifert, United States Magistrate Judge
*Printed name and title*