# AFFIDAVIT

**STATE OF WEST VIRGINIA**

**COUNTY OF CABELL, to-wit:**

I, Sean McNees, being first duly sworn, do hereby depose and state as follows:

## Affiant Experience and Training

1) I am currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since January 2016. I am assigned to ATF's Charleston, West Virginia, Field Office.

2) I have investigated arson; crimes of violence; conspiracies to commit various crimes involving the use of firearms; the illegal possession, use, and sale of firearms; and the possession, use, and trafficking of illegal controlled substances. I have purchased controlled substances utilizing cooperating individuals in controlled buys. I am familiar with the appearance, packaging, paraphernalia, and distribution of cocaine, crack cocaine, heroin, marijuana, LSD, pharmaceuticals, methamphetamine, and other street drugs. I am also familiar with tactics used by illegal possessors and traffickers of firearms to possess, maintain, acquire, and distribute their firearms.

1

3) I graduated from a ten-week criminal investigator training course at the Federal Law Enforcement Training Center, where I learned basic criminal investigation techniques. In addition, I graduated from the twelve-week ATF National Academy, where I learned about federal firearms laws, federal explosives laws, bomb scene investigations, and arson investigations.

**Probable Cause**

4) In or around October of 2019, members of the Huntington Violent Crimes Drug Task Force and ATF SA McNees received information from a confidential informant (hereinafter CI) who had provided corroborative drug and criminal information in the past. The CI provided a photograph of an individual, who investigators identified as Jamaile HUEY. The CI advised that HUEY was residing in Huntington, WV and identified the address of 601 Bridge St. Huntington, Cabell County, WV as a location that he/she had previously driven HUEY to. The above mentioned photograph of HUEY had been obtained from social media and it showed him in possession of a black in color pistol with what appeared to be a high-capacity magazine. A white in color dresser and a large flat screen TV were observed in the background of the photo.

5) Investigators then conducted additional investigation into HUEY and through interviews and surveillance established that HUEY was

residing at 601 ½ Bridge St. Apartment 1, Huntington, Cabell County, WV.

6) On or about January 6, 2021, HUEY was checked for warrants through Cabell County Dispatch and it was advised that he had an active NCIC warrant through the Michigan Department of Corrections for a parole violation related to an Unarmed Robbery conviction with a NIC of W873858532. SA McNees contacted the Michigan Department of Corrections and spoke with an employee, Dell Jones, who advised that the warrant was still valid, and that Michigan would extradite HUEY if he was taken into custody.

7) On or about January 8, 2021, members of the Huntington Police Department SWAT Team executed a search warrant for the person of Jamaile HUEY at the address of 601 ½ Bridge St. Apartment 1, Huntington, Cabell County, WV, for his outstanding warrant in NCIC. During the execution of the warrant, HUEY was located in the residence and placed into custody and another individual was located and detained. While the SWAT Team was conducting a protective sweep of the residence, a small quantity of a green leafy vegetation was located on a nightstand in plain view in the bedroom where HUEY was observed coming from.

8) After HUEY was secured it was observed that he did not have any clothing on the bottom half of his body. HUEY requested from officers a black pair of pants. Officer Boyer located a pair of

black pants in the bedroom HUEY was observed coming from and searched them prior to giving them to HUEY. Inside of one of the pants pockets officers located a plastic baggy containing suspected narcotics.

9) After HUEY was in custody, an additional search warrant was then obtained for the residence due to the suspected marijuana that was observed in plain view and the suspected narcotics that had been in HUEY's pants.

10) During the search of the residence, a loaded, Glock, model 17, 9mm pistol, serial number BFYY530 was located in the nightstand of the room that HUEY had been observed coming from when apprehended by the SWAT team. A loaded high-capacity magazine for the Glock pistol was also located in the same room.

11) While in the room where the firearm was located, investigators also observed that the items in the room matched the background of the above-mentioned photograph of HUEY that had been provided by the CI. The located firearm and magazine also matched the description of the firearm that HUEY was in possession of in the photograph.

12) After HUEY was in custody he was read his Miranda rights and then interviewed. During the interview, HUEY admitted to being a convicted felon.

13) During the course of the investigation it was determined that HUEY was a convicted felon and prohibited from possessing any firearms. On or about February 20, 2003, in the State of Michigan, HUEY was convicted of Unarmed Robbery in violation of Michigan statute 750.530. The crime of conviction meets the definition of a crime punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20).

14) ATF SA David Bullard reviewed the identifying information from the above-mentioned firearm and advised that it was not manufactured in the State of West Virginia and thus, the firearm has traveled in Interstate Commerce.

15) This affidavit is intended to show that there is probable cause for the requested arrest warrant and does not purport to set forth all my knowledge of, or investigation, into this matter. Based on my knowledge, training, and experience, the aforementioned information set forth in this Affidavit constitutes probable cause to believe that Jamaile HUEY has committed a violation of 18 U.S.C. 922 (g)(1) and 924 (a)(2) - Felon in Possession of a Firearm. Based on the information set forth in this affidavit, your affiant hereby requests that an arrest warrant for Jamaile HUEY, be issued.

16) Further, your affiant sayeth naught.

_____
Sean A. McNees
Special Agent
Bureau of Alcohol, Tobacco
and Firearms

   Sworn to before me, and subscribed in my presence, this 11th day of January 2021.

_____
CHERYL A. EIFERT
United States Magistrate Judge

6